IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-503-FDW
(3:15-cr-125-FDW-1)

| | |
|---|---|
| SAMMIE MARKS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the Court on a Motion for Leave to Appear Pro Hac Vice as to Robert J. Fedor. (Doc. No. 1). This Court's Local Rules provide that local counsel is necessary for pro hac vice admission and to continue to practice pro hac vice, unless the Court grants Special Admission to pro hac vice counsel to represent a party without local counsel. See Local Civ. R. 83.1. Special admissions are discretionary. See Local Civ. R. 83.1(C)(1).

The Court will **GRANT** the Motion for Leave to Appear Pro Hac Vice. (Doc. No. 1). Counsel is admonished to be fully familiar with the rules and procedures of this Court. Should it appear to the Court that counsel is not acting in compliance with the rules and procedures of this Court, the Court may revoke the pro hac vice admission of counsel.

_____
Frank D. Whitney
Chief United States District Judge

1